# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.   NO. 4:05CR00099 JLH | |
| CASSIE MONIQUE HENSON | DEFENDANT |

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant appeared in person with her attorney, Lisa G. Peters, for sentencing on Wednesday, May 24, 2006. The government was represented by Assistant U.S. Attorney Jeff LaVicka. U.S. Probation Officer Chirie Grimes was also present.

Following the imposition of sentence, counsel for defendant requested that defendant be released from the custody of the United States Marshals Service and be allowed to self-report to the designated Bureau of Prisons facility. The defendant testified under oath regarding the illness of her grandmother and the need to help care for her. Following cross-examination, the government stated there was no objection.

IT IS THEREFORE ORDERED that defendant is hereby released from custody of the United States Marshals Service. Defendant will reside with her mother in College Station, Arkansas, until she self-reports to the designated Bureau of Prisons facility on Monday, June 26, 2006.

All other conditions remain unchanged and in full force and effect as previously imposed by U.S. Magistrate Judge John F. Forster, Jr., on April 19, 2005. *See* docket entry #4.

IT IS SO ORDERED this 24th day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE